STEPHEN J. SIMONI
StephenSimoniLAW@Gmail.com
**SIMONI CONSUMERS**
    **CLASS ACTION LAW OFFICES**
c/o Jardim, Meisner & Susser, P.C.
30B Vreeland Road, Ste. 201
Florham Park, NJ 07932
Telephone: (917) 621-5795

*Counsel for Plaintiff*
    *and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**TRENTON DIVISION**

| | |
|---|---|
| JOHN SACCHI (**"Consumer"**),<br>   Individually and on behalf<br>   of all others similarly<br>   situated,<br><br>      Plaintiff,<br><br>vs.<br><br>HENKEL AG & COMPANY, KGaA,<br>HENKEL CONSUMER GOODS INC.,<br>HENKEL CORPORATION,<br>THE DIAL CORPORATION,<br>(collectively, **"Henkel"**), and<br>DOES 1 through 10, inclusive,<br><br>      Defendants. | No. 17-4889-AET-LHG<br><br>**VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

Plaintiff hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: Nov. 1, 2017      Respectfully submitted,

                                By: /s/___Stephen J. Simoni_
                                     STEPHEN J. SIMONI