NOT FOR PUBLICATION

RECEIVED
NOV 08 2017
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN SACCHI, *individually and on behalf of all others similarly situated*, | Civ. No. 17-4889 |
| Plaintiff, | **ORDER** |
| v. | |
| HENKEL AG & COMPANY KGAA, HENKEL CONSUMER GOODS INC., HENKEL CORPORATION, THE DIAL CORPORATION, DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

THOMPSON, U.S.D.J.

    This matter comes before the Court upon its own motion. IT APPEARING that on November 1, 2017, Plaintiff voluntarily dismissed this action (ECF No. 4);

    IT IS on this ____ day of November, 2017,

    ORDERED that the Notice of Call for dismissal pursuant to Local Civil Rule 41.1(a) (ECF No. 3) is hereby ADMINISTRATIVELY TERMINATED; and it is further

    ORDERED that the Clerk's Office is directed to close this civil action.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.